# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

RODNEY JACK STRAIN, JR.

NO. 2021 KW 0321

**JUNE 7, 2021**

In Re: Rodney Jack Strain, Jr., applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 0703-F-2019.

BEFORE: **WHIPPLE, C.J., WELCH AND CHUTZ, JJ.**

**WRIT NOT CONSIDERED.** Relator failed to comply with Uniform Rules of Louisiana Courts of Appeal, Rules 2-13, 4-2, 4-3, and 4-5 (C)(11), by failing to provide this court with evidence of a timely filed notice of intent and documentation of a return date set by the district court. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, the application shall be filed on or before July 6, 2021. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

**VGW**
**JEW**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT